# Yesenia Mendoza

| | |
|---|---|
| **From:** | CAS Releases < > |
| **Sent:** | Wednesday, October 19, 2022 3:18 PM |
| **To:** | Yesenia Mendoza |
| **Subject:** | Read: 19CR04637 Abstract |
| **Attachments:** | Read: 19CR04637 Abstract |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.